**Fill in this information to identify the case:**

Debtor name: Edgewater Holdings Miami, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Michael Cosculluela & Daniel Marzano  14261 Commerce Lane  Miami Lakes, FL, 33016 | Michael Cosculluela  305-828-1909  mcoscullela@cmpalaw.com | Monies Loaned / Advanced | | | | 270,000.00 |
| 2 | US Small Business Administration - Disaster Loan Service Center  2 N. 20th St.  Suite 320  Birmingham, AL, 35203 | 800-736-6048 | Monies Loaned / Advanced | | | | 62,700.00 |
| 3 | US Small Business Administration - Disaster Loan Service Center  2 N. 20th St.  Suite 320  Birmingham, AL, 35203 | 800-736-4048 | Monies Loaned / Advanced | | | | 54,000.00 |
| 4 | The Turn2 Group LLC  1825 Ponce de Leon Blvd  # 95  Miami, FL, 33134 | Alain Rodriguez  305-525-5721  arod@turn2group.com | Suppliers or Vendors | | | | 8,500.00 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |