United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 22-10882-LMI
Edgewater Holdings Miami, LLC  Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1     User: admin     Page 1 of 2
Date Rcvd: Aug 02, 2022     Form ID: pdf001     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edgewater Holdings Miami, LLC, 14261 Commerce Way, Suite 205, Hialeah, FL 33016-1647 |
| cr | + | Esther Behar, 2663 SW 181st Terrace, Miramar, FL 33029-5197 |
| sp | | Michael Cosculluela, Cosculluela & Marzano, P.A., 14261 Commerce Way, Ste 205, Miami Lakes, FL 33016-1647 |
| app | + | Robert Gallaher, 9225 SW 158 LN Suite C, Miami, FL 33157-1825 |
| 96484057 | + | Edgewater Holdings Miami LLC, 14261 Commerce Lane, Suite 205, Hialeah, FL 33016-1647 |
| 96552935 | + | Esther Behar, c/o Linda M. Leali, P.A., 2525 Ponce De Leon Blvd, Suite 300, Coral Gables, FL 33134-6044 |
| 96484058 | + | First Citizens Bank & Trust Co., 2601 S. Bayshore Dr., 6th Floor, Miami, FL 33133-5460 |
| 96552504 | | First Citizens Bank & Trust Company, c/o Michael G. Menkowitz, Esq., Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 |
| 96484059 | + | Fortuna Holdings LLC, 2663 SW 181st Terr, Hollywood, FL 33029-5197 |
| 96552933 | + | Fortuna Holdings, LLC, c/o Linda Leali, PA, 2525 Ponce De Leon Blvd. Suite 300, Coral Gables, FL 33134-6044 |
| 96628803 | + | Lillian Rose Foster, 76 Vermont Avenue, West Babylon, NY 11704-2852 |
| 96484060 | + | Meda G Member LLC, 14261 Commerce Way, Suite 205, Miami Lakes FL 33016-1647 |
| 96484061 | + | Meda-G Member, 14261 Commerce Lane, Suite 205, Hialeah, FL 33016-1647 |
| 96484062 | + | Michael Cosculluela & Daniel Marzano, 14261 Commerce Lane, Miami Lakes, FL 33016-1646 |
| 96484063 | + | Pilar MCC LLC, 3260 NW 170 St, No.1, Miami Gardens, FL 33056-4257 |
| 96484064 | + | The Turn2 Group LLC, 1825 Ponce de Leon Blvd, Miami, FL 33134-4418 |
| 96484065 | + | US Small Business Administration - Disaster L, 2 N. 20th St., Suite 320, Birmingham, AL 35203-4002 |
| 96484066 | + | Waste Management Services, 800 Capitol St, Houston, TX 77002-2945 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Aug 03 2022 02:23:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| smg | | EDI: IRS.COM | Aug 03 2022 02:23:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Aug 02 2022 22:39:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | | Email/Text: wendy.montoya@miamidade.gov | Aug 02 2022 22:38:00 | Miami Dade County Tax Collector, 200 NW 2nd Ave #430, Miami, FL 33128 |
| 96484056 | + | EDI: COMCASTCBLCENT | Aug 03 2022 02:23:00 | Comcast, 18601 NW 2nd Ave, Miami, FL 33169-4507 |
| 96612726 | | Email/Text: wendy.montoya@miamidade.gov | Aug 02 2022 22:38:00 | Miami Dade County Tax Collector, 200 NW 2nd Avenue, 4th Floor, Miami, Fl. 33128 |
| 96493611 | + | Email/Text: ndlrc.legal@sba.gov | Aug 02 2022 22:39:00 | U.S. Small Business Administration, 200 W. Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 113C-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 02, 2022 | Form ID: pdf001 | Total Noticed: 25 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fortuna Holdings, LLC, c/o Linda Leali PA, 2525 Ponce De Leon Blvd., Suite 300, Coral Gables, FL 33134-6044 |
| cr | *+ | Lillian Rose Foster, 76 Vermont Avenue, West Babylon, NY 11704-2852 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos Luis DE Zayas | on behalf of Debtor Edgewater Holdings Miami  LLC cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com |
| Dan L Gold | on behalf of U.S. Trustee Office of the US Trustee Dan.L.Gold@usdoj.gov |
| Erin M Hoskins | on behalf of Debtor Edgewater Holdings Miami  LLC eh@lydecker.com, gh@lydecker.com |
| Frank L Eaton | on behalf of Creditor Fortuna Holdings  LLC featon@lealilaw.com, lleali@lealilaw.com;lkennedy@lealilaw.com |
| Heather L. Ries, Esq. | on behalf of Creditor First Citizens Bank & Trust Co. hries@foxrothschild.com  ralbert@foxrothschild.com |
| Jason R Alderman | on behalf of Creditor Fortuna Holdings  LLC jalderman@thealdermanlawfirm.com, service@thealdermanlawfirm.com |
| Linda M Leali | on behalf of Creditor Fortuna Holdings  LLC lleali@lealilaw.com, featon@lealilaw.com,lkennedy@lealilaw.com |
| Linda M Leali | on behalf of Creditor Esther Behar lleali@lealilaw.com  featon@lealilaw.com,lkennedy@lealilaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert F. Elgidely, Esq. | on behalf of Creditor First Citizens Bank & Trust Co. RElgidely@foxrothschild.com  bserrano@foxrothschild.com;rsolomon@foxrothschild.com |
| Tarek Kirk Kiem | trustee@kiemlaw.com  efilekiem@yahoo.com,ctk11@trustesolutions.net |
| Vivian Bauza | on behalf of Debtor Edgewater Holdings Miami  LLC vb@lydecker.com |
| William F Rhodes | on behalf of Creditor Lillian Rose Foster wrhodes@williamrhodeslaw.com  wfrhodes@gmail.com |

TOTAL: 13



**ORDERED in the Southern District of Florida on August 1, 2022.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                CASE NO. 22-10882-BKC-LMI

Edgewater Holdings Miami, LLC                          Chapter 11

       Debtor.
_____/

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS CASE

This matter came before the Court for hearing on July 14, 2022 (the "Hearing") on *Debtor's Emergency Motion For [sic] to Voluntarily Dismiss Case and Shorten Hearing Notice Period* (ECF #153) (the "Motion to Dismiss") and the *Joint Motion for (A) Appointment of Chapter 11 Trustee and (B) Objection to Debtor's Emergency Motion to Voluntarily Dismiss Case and Shorten Hearing Notice* (ECF ##160, 161) filed by First Citizens Bank & Trust Company, Fortuna Holdings, LLC, and Esther Behar (collectively, the "Secured Creditors") in response to the Motion to Dismiss. The Court has considered the arguments of counsel presented at the Hearing as well as the supplemental pleadings filed by the parties at the request of the

Court.[1] The Court also has reviewed the docket, including the Debtor's bankruptcy schedules. Based on the Court's review, and taking into consideration the opposition of the U.S. Trustee to the request for dismissal and consequent request for conversion, it is ORDERED as follows:

1. The Debtor's Motion to Dismiss is GRANTED, rendering the alternative relief requested moot.

2. The Court finds that, regardless of the value of the property, restored or knocked down, appointment of a trustee, whether in chapter 11 or in chapter 7, is not in the best interest of creditors. As there are only two unsecured non-insider creditors, any costs of administration would likely only be paid through a negotiated carve out, and the Secured Creditors can continue to pursue their rights against the property and any guarantors in state court proceedings that are already pending. There is no need for the creditors, the Debtor, or any trustee, to incur or accrue expenses associated with a bankruptcy case.

3. The case is dismissed with a prejudice period of ONE YEAR.

###

Copies furnished to:
All counsel of record and parties in interest.

*Attorney Erin Hoskins is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.*

---

[1] *Joint Statement of the Secured Creditors in Support of Conversion of the Case and Appointment of Chapter 7 Trustee* (ECF #175); *Debtor's Supplemental Memorandum in Support of Debtor's Motion to Voluntarily Dismiss* (ECF #176).