**CGFD33** (10/01/16)



**ORDERED in the Southern District of Florida on September 8, 2022**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22–10882–LMI

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Edgewater Holdings Miami, LLC
dba Fortuna House Apartment

14261 Commerce Way
Suite 205
Hialeah, FL 33016

EIN: 82–3643121

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Tarek Kirk Kiem, having filed a final report, is discharged and this case is closed.

### # # #